UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISON

| | |
|---|---|
| ROBERT LONG, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LAKES VENTURE, LLC, )<br>DBA FRESH THYME FARMERS MARKET, )<br>)<br>Defendant. ) | Case No. 1:21-cv-00300 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their counsel, hereby stipulate and agree that the Complaint filed by Plaintiff against Defendant be dismissed with prejudice, with each party responsible for its own costs and attorney fees;

**IT IS ORDERED** that the above-captioned matter is dismissed with prejudice and without costs, interest, or attorney fees to any party.

IT IS SO ORDERED.


Date: _____, 2021            _____
                                                                        United States District Judge

Stipulations:

By:*/s/ W. Erik Weber (with consent)*
W. Erik Weber
Mefford, Weber and Blythe, P.C.
Attorney for Plaintiff
130 E. Seventh St.
Auburn, IN 46706-1839
260/925-2300 – Ph.
260/925-2610 – Fax
Erik@lawmwb.com

*Attorney for Plaintiff*

By:*/s/ Elisa J. Lintemuth*
Elisa J. Lintemuth (P74498)
Meijer Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI  49544
(616) 735-8206
elisa.lintemuth@meijer.com

*Attorney for Defendant*